UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARIN S. SIKKILA and
CARRIE L. SIKKILA,

        Plaintiffs,        Case No. 2:07-cv-64

v.        Hon. Gordon J. Quist

AMERICAN STEAMSHIP CO.,

        Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 4, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 4, 2007 (docket no. 11), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for default judgment (docket no. 6) is **GRANTED**.

Dated:  November 15, 2007                      /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE